## FORM TO BE USED BY A PRISONER
## APPLYING TO PROCEED IN FORMA PAUPERIS

4. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other property or assets? ☐ Yes ☐ No

   If "Yes," please describe: _____

   05 - 11274 DPW

   _____

5. List the persons who are dependent on you for support, your relationship to each person and how much you contribute to their support.

   _____

   _____ None _____

   _____

6. Authorization and Declaration

   I, _____
   (Print or Type Name and Number of Prisoner)

   authorize the agency having custody over me to assess, withdraw from my prison account, and forward to the Clerk of the District Court for the District of New Jersey (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to my prison account each month the amount in the account exceeds $10.00, until the $150.00 fee is paid. 28 U.S.C. § 1915(b)(1) and (2).

   I declare under penalty of perjury that the information contained in this application is true and correct.

   June 14, 2005                              _Jean Louis Danel_
   _____                            _____
   DATE                                       SIGNATURE OF APPLICANT

3

# FORM TO BE USED BY A PRISONER, APPLYING TO PROCEED IN FORMA PAUPERIS

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes   ☐ No

    05-11274 DPW

    If "Yes," list dates and places of confinement for the six-month period immediately preceding the filing of this application:

    | Dates of Confinement | Place of Confinement |
    |---|---|
    | 10-09-2004 | Passaic County Jail |

    For each institution in which you have been confined for the preceding six months, you must submit a certified copy of your prison account statement and an Account Certification Form (use attached Account Certification Forms).

2. Are you employed at your current institution?   ☐ Yes  ☒ No

    Do you receive any payment or money from your current institution?   ☐ Yes  ☒ No

    If "Yes," state how much you receive each month: _____

3. In the past 12 months, have you received any money from any of the following sources?

    a. Business, profession, or other self-employment   ☐ Yes   ☒ No
    b. Rent payments, interest, or dividends   ☐ Yes   ☒ No
    c. Pensions, annuities, or life insurance payments   ☐ Yes   ☒ No
    d. Disability or workers compensation payments   ☐ Yes   ☒ No
    e. Gifts or inheritances   ☐ Yes   ☒ No
    f. Any other sources   ☐ Yes   ☒ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

    N/A

3. Other than your prison account, do you have any cash or checking or savings account?   ☐ Yes   ☒ No

    If "Yes," state the total amount: _____

2