UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANIEL JEAN-LOUIS,** )<br>    Petitioner )<br>)<br>v. )<br>)<br>**UNITED STATES OF** )<br>**AMERICA,** )<br>    Respondent ) | C.A. No. 05-11274-DPW<br><br>(Crim. No. 00-10234-DPW) |

### PETITIONER'S MOTION TO WITHDRAW *PRO SE* FILING

NOW COMES the Petitioner in the above-entitled matter, and, through Attorney William A. Korman, does hereby respectfully petition this Honorable Court to withdraw his *pro se* filing entered in this Court on or about June 20, 2005.

AS REASONS therefore, the Petitioner states that at the time he filed his Motion pursuant to 28 U.S.C. sec. 2255, he had not yet retained counsel. Now that counsel has been retained and has duly filed a Notice of Appearance, the Petitioner wishes to withdraw his *pro se* filing so that counsel may file a Motion in it's stead.

                                              Respectfully submitted,
                                              Daniel Jean-Louis,
                                              By his attorney,

                                              /s/ William_A._Korman_____
                                              William A. Korman, Esq.
                                              Korman & Associates, LLC
                                              2 Park Plaza, Suite 600
                                              Boston, MA 02116
                                              (617) 259-1795
                                              BBO # 632228

Dated: September 12, 2005