UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| DANIEL JEAN-LOUIS, | ) | |
| PETITIONER, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 05-11274-DPW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL 00-10234-DPW |
| RESPONDENT. | ) | |

## <u>ORDER OF DISMISSAL</u>

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued March 28, 2006, denying Petition's MOTION to Vacate pursuant to 28 USC § 2255, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.


BY THE COURT,

/s/ Michelle Rynne

_____

Dated: March 28, 2006          Deputy Clerk